# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JERROD A. WILSON

VERSUS

STATE OF LOUISIANA

NO.   2019 CW 0545

**JUL 2 2 2019**

---

In Re:    Jerrod A. Wilson, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 08304.

---

BEFORE:   McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.

**WRIT DENIED.**   The trial court lacked subject matter jurisdiction. Relator's allegations do not support a claim for habeas relief.   See La. Code Crim. P. art. 362.   Rather, relator's claims are in the nature of a request for post-conviction relief, which must be filed in the parish of conviction. See La. Code Crim. P. art. 925.

**PMc**
**TMH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT